**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7545**

---

CALVIN CUMMINGS,

Petitioner - Appellant,

versus

STATE OF SOUTH CAROLINA; CHARLES MOLONY CONDON, Attorney General of the State of South Carolina,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, District Judge. (CA-96-1396-0-17BD)

---

Submitted: April 17, 1997        Decided: April 29, 1997

---

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Calvin Cummings, Appellant Pro Se. Donald John Zelenka, Chief Deputy Attorney General, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Cummings v. South Carolina, No. CA-96-1396-0-17BD (D.S.C. Sept. 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2